# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**CRIMINAL NOS. 3:01CR210**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| SILAS THOMAS KING ) | |

    **THIS MATTER** is before the Court on the Government's motion for a preliminary order of forfeiture, filed November 20, 2003.

    The motion was not considered by the Court because at the time of its filing, the Defendant's sentencing hearing was imminent. In fact, on December 22, 2003, he was sentenced to imprisonment and restitution in the amount of $1,289,565.23 was ordered. The Government has not since that time moved for final judgment. As a result, the Court will deny the motion as moot.

    **IT IS, THEREFORE, ORDERED** that the Government's motion for a preliminary order of forfeiture is hereby **DENIED** as moot.

**Signed: May 6, 2005**

Lacy H. Thornburg
United States District Judge