# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

SILAS THOMAS KING
(Name of Defendant)

*RECEIVED*
*ASHEVILLE, N. C.*
*APR 19 2006*
*U.S. DISTRICT COURT*
*W. DIST. OF N. C.*

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:01CR210-3-T & 3:01CR211-1-T
USM Number: 17482-058

Scott Gsell

Defendant's Attorney

**Date of Original Judgment:** 12/1/03

**(Or Date of Last Amended Judgment)**

**Reason for Amendment:**

X  Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))

_  Reduction of Sentence for Changed Circumstances (Fed. R. P. 35(b))

_  Correction of Sentence by Sentencing Court (Fed. R. Crim. P.

_  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.)

_  Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

_  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

_  Modification of Imposed Term of Imprisonment for Retroactive to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

_  Direct Motion to District Court    _ 28 U.S.C. § 2255 or

_  18 U.S.C. § 3559(c)(7)

_  Modification of Restitution Order 18 U.S.C. § 3664

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):
**THE DEFENDANT:**

_  Pleaded guilty to count(s) .
_  Pleaded nolo contendere to count(s) which was accepted by the court.
X  was found guilty on count(s) 1,2,4,5,7,8,10,11,13 & 14 of the third superseding bill of indictment in 3:01CR210-3-T & counts 1 & 2 in 3:01CR211-1-T after a plea of not guilty.

| Title and Section | Nature of Offense | Date Offense Concluded | | Counts |
|---|---|---|---|---|
| 18:371 | Conspiracy to commit armed bank robbery | 10/3/01 | 3:01CR210-3-T | 1 |
| 18:1956(h) | Conspiracy to commit money laundering | 10/3/01 | 3:01CR210-3-T | 2 |
| 18:2113(d) & 2 | Armed bank robbery & aiding & abetting | 2/24/00 | 3:01CR210-3-T | 4 |
| | | 6/15/00 | | 7 |
| | | 6/20/00 | | 10 |
| | | 10/27/00 | | 13 |
| 18:924(c) & 2 | Using and carrying a firearm during and in relation to a crime of violence & aiding & abetting | 2/24/00 | 3:01CR210-3-T | 5 |
| | | 6/15/00 | | 8 |
| | | 6/20/00 | | 11 |
| | | 10/27/00 | | 14 |
| 18:922(g)(1) | Possession of a firearm by a convicted felon | 10/3/01 | 3:01CR211-1-T | 1 |
| 18:922(g)(1) | Possession of ammunition by a convicted felon | 10/3/01 | 3:01CR211-1-T | 2 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 reference to Booker, and 128 U.S.C. 3553(a).

_  The Defendant has been found not guilty on count(s) .

X  Court strikes the jury verdict on Counts 3, 6, 9 & 12 in the third superseding bill of indictment pursuant to US vs. Perkins. The superseding and second superseding bill of indictments in 3:01CR210-3-T and counts 3 & 4 in 3:01CR211-1-T are dismissed on the motion of the United States.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: April 3, 2006

*Signature of Judicial Officer*

Lacy H. Thornburg
United States District Judge

Date: 4-18-06

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) MONTHS ON COUNT 1 IN 3:01CR210-3-T; ONE HUNDRED TWENTY-FIVE (125) MONTHS ON EACH OF COUNTS 2, 4, 7, 10 & 13 IN 3:01CR210-3-T, ALL TERMS TO BE SERVED CONCURRENTLY; ONE HUNDRED TWENTY (120) MONTHS ON EACH OF COUNTS 1 & 2 IN 3:01CR211-1-T TO BE SERVED CONCURRENTLY WITH EACH OTHER AND TO THE TERMS IMPOSED IN ALL OTHER COUNTS; ONE HUNDRED TWENTY (120) MONTHS ON COUNT 5 IN 3:01CR210-3-T TO BE SERVED CONSECUTIVELY TO ALL OTHER COUNTS; THREE HUNDRED (300) MONTHS ON EACH OF COUNTS 8, 11 & 14 IN 3:01CR210-1-T TO BE SERVED CONSECUTIVELY TO EACH OTHER AND TO ALL OTHER COUNTS FOR A TOTAL TERM OF IMPRISONMENT OF 1,145 MONTHS.

**EXCEPT AS AMENDED BY THIS ENTRY ALL OTHER TERMS AND CONDITIONS ENTERED IN 3:01CR210-3-T AND 3:01CR211-1-T IMPOSED ON 12/1/03 AND ENTERED ON THE JUDGMENT SIGNED ON 12/17/03 SHALL REMAIN UNCHANGED AND CONTINUE IN FULL FORCE AND EFFECT.**

\_ The Court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

\_ The defendant shall surrender to the United States Marshal for this district:

  \_ at \_\_\_\_ on \_\_\_.
  \_ as notified by the United States Marshal.

\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  \_ before 2 pm on .
  \_ as notified by the United States Marshal.
  \_ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal