# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01-cr-210-MOC
# 3:01-cr-211-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SILAS THOMAS KING, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (3:01-cr-210, Doc. No. 269, 3:01-cr-211, Doc. No. 81).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

The Court notes that this is Defendant's second motion for compassionate release. The Government extensively briefed the issues in its response to Defendant's first motion. Therefore, the Government <u>may</u> file a short response to this second motion, relying on its prior briefing and addressing whether any circumstances have changed since Defendant filed his first motion that would favor granting the pending motion.

Signed: January 18, 2024

Max O. Cogburn Jr.
United States District Judge