UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-cr-210-MOC
3:01-cr-211-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SILAS THOMAS KING, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motions for Reconsideration (3:01-cr-210, Doc. No. 274; 3:01-cr-211, Doc. No. 86), of this Court's Orders denying his Motion for Compassionate Release/Reduction of Sentence in Case Numbers 3:01-cr-210 and 3:01-cr-211. (3:01-cr-210, Doc. No. 273, 3:01-cr-211, Doc. No. 85).

The Motions for Reconsideration (3:01-cr-210, Doc. No. 274; 3:01-cr-211, Doc. No. 86), are **DENIED**. The Court thoroughly addressed Defendant's arguments in support of the motions and found that Defendant has not shown extraordinary and compelling reasons warranting compassionate release. Defendant has offered nothing in his motions for reconsideration warranting the Court's reversal on its decision.

**IT IS SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge