# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:01-cr-210-MOC
## 3:01-cr-211-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| SILAS THOMAS KING, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motions to Reopen Time to File an Appeal, Reconsider, Alter and Amend Judgment, filed in both of his criminal cases. (3:01-cr-210, Doc. No. 276; 3:01-cr-211, Doc. No. 88).

In the pending motions, Defendant argues, among other things, that the Court should re-open the time to appeal from this Court's orders dated February 21, 2024, in which the Court denied Defendant's motions for compassionate release. See (3:01-cr-210, Doc. No. 273; 3:01-cr-211, Doc. No. 85).

The Court will require the Government to respond to Defendant's argument that the time to file an appeal should be reopened. Thus, the Government shall respond within 20 days of entry of this Order.

**IT IS SO ORDERED**.

Max O. Cogburn Jr
United States District Judge