UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01-cr-211-MOC
3:01-cr-210-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SILAS THOMAS KING, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release (3:01-cr-210, Doc. No. 284, 3:01-cr-211, Doc. No. 96).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Motion for Compassionate Release.

Signed: November 25, 2024

Max O. Cogburn Jr.
United States District Judge

1